hasta el presente, los demandados apelantes no han hecho gestión alguna para perfeccionar el recurso por ellos interpuesto;

POR LO TANTO, se declara con lugar la moción y se desestima por abandono el recurso.

Núm. 8308.—LEÓN PARRA, apldo. *v.* COLÓN, aplte.—C. D. Ponce. Mayo 6, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

POR CUANTO, el demandado apelado solicita se desestime el recurso fundado en que el demandado apelante no radicó en la Corte de Distrito de Ponce la transcripción de evidencia dentro del término concedido a dicha parte por resolución de este tribunal de fecha 4 de marzo de 1941, o sea, en o antes del 10 de ese mes;

POR CUANTO, el demandado se ha opuesto a la anterior moción y ha hecho constar en su oposición que la transcripción de evidencia fué radicada en la referida corte de distrito en la tarde del día 11 de marzo del año en curso y que la vista sobre la aprobación de la referida transcripción de evidencia fué celebrada el 28 de abril próximo pasado, extremos que acredita con certificaciones expedidas por el Secretario interino de la aludida corte de distrito; y promete que procurará radicar dicha transcripción de evidencia en la secretaría de este tribunal en el más breve plazo posible;

POR CUANTO, el demandante apelado ha archivado una moción exponiendo que ha sido notificado de la anterior oposición y manifiesta que no tiene que objetar a lo solicitado por el demandado apelante, confiado en que éste cumplirá lo prometido en su oposición;

POR TANTO, se declara no haber lugar a la desestimación solicitada, debiendo el apelante radicar los autos en apelación en la secretaría de esta corte tan pronto el juez de la corte inferior apruebe la transcripción de evidencia.

Núm. 8335.—ORTIZ, apldo. *v.* PALMER y MELÉNDEZ, ETC., apltes. —C. D. Ponce. Mayo 9, 1941.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

POR CUANTO, la parte apelada en marzo 14, 1941, archivó una moción notificada a la apelante el día anterior solicitando la desestimación del recurso por no haberse tramitado con la debida diligencia y por ser frívolo, moción a la que se opusieron los apelantes y cuya vista se celebró sin asistencia de las partes el cinco de mayo actual; y

POR CUANTO, si bien la tramitación del recurso ha sido lenta en demasía es lo cierto que la transcripción quedó archivada el doce de marzo último o sea un día antes de la notificación de la moción de

desestimación hecho que de acuerdo con la sección 58 del reglamento de esta corte constituye una contestación suficiente a la alegada dilación; y

Por cuanto, examinados los autos no se concluye que el recurso sea claramente frívolo;

Por tanto, no ha lugar a la desestimación solicitada.

Núm. 8336.—Finlay, etc., apldo. v. Palmer, et als., apltes.— C. D. Ponce. ▉▉▉▉▉ Mayo 9, 1941.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

Por cuanto, la parte apelada en marzo 14, 1941, archivó una moción notificada a la apelante el día anterior solicitando la desestimación del recurso por no haberse tramitado con la debida diligencia y por ser frívolo, moción a la que se opusieron los apelantes y cuya vista se celebró sin asistencia de las partes el cinco de mayo actual; y

Por cuanto, si bien la tramitación del recurso ha sido lenta en demasía es lo cierto que la transcripción quedó archivada el doce de marzo último o sea un día antes de la notificación de la moción de desestimación hecho que de acuerdo con la sección 58 del reglamento de esta corte constituye una contestación suficiente a la alegada dilación; y

Por cuanto examinados los autos no se concluye que el recurso sea claramente frívolo;

Por tanto, no ha lugar a la desestimación solicitada.

Núm. 8354.—Ex parte Caraballo, peticionaria y aplte. v. Vázquez, apldo.—C. D. San Juan. ▉▉▉▉▉ Junio 10, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

Por cuanto, la apelante radicó su escrito de apelación en la corte inferior el día 12 de marzo de 1941, apelando de una resolución que denegó la entrega de ciertos bonos de los Estados Unidos porque sólo le pertenecía una tercera parte en usufructo;

Por cuanto, desde dicha fecha la apelante no ha dado paso alguno para perfeccionar su apelación, según aparece de la certificación expedida por el secretario interino de la corte inferior;

Por cuanto, el apelado radicó una moción solicitando la desestimación del recurso, que fué notificada a la apelante y también lo fué del señalamiento de la vista de la misma, sin que haya comparecido en forma alguna a oponerse a lo solicitado;

Por tanto, vistas las reglas 40 y 58 del reglamento de esta corte, se desestima el recurso.